No. 49561.—Protests 47272–K, etc., of Howatt Brokerage Co. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following Abstracts 36724 and 38185 an allowance was made by the court for the weight of the paper, or foil, or both, in which the cheese in question was wrapped.

No. 49562.—Protests 60575–K, etc., of C. Pappas Co., Inc., et al. (Boston).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 49563.—Protests 902576–G, etc., John Morgan, Inc., et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 49564.—Protest 104722–K/12604 of F. W. Woolworth Co. (New Orleans).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following Schmidt v. United States (9 Cust. Ct. 188, C. D. 690) the merchandise in question was held not subject to countervailing duty.

No. 49565.—Protests 61469–K, etc., of Browne Vintners Co., Inc., et al. (Boston, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 49566.—Protests 43098–K, etc., of Balfour Guthrie & Co., Ltd., et al. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.